IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TODD G. COLE )
)
v. ) NO. 3-12-0153
) JUDGE CAMPBELL
PAMELA COLE, et al. )

ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Docket No. 24) as to Defendant Pamela Cole. Accordingly, Plaintiff's claims against Defendant Pamela Cole are DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE