IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TODD G. COLE )
)
v. ) NO. 3-12-0153
) JUDGE CAMPBELL
PAMELA COLE, et al. )

ORDER

Pending before the Court are the following Motions: Defendant Hirschberg's Motion to Dismiss (Docket No. 8); Defendant Roselli's First Motion to Dismiss (Docket No. 14); Defendant Digulian's Motion to Dismiss (Docket No. 22); Plaintiff's Motion to Amend/Correct (Docket No. 37) and Plaintiff's Motion for In Camera Interview with Minor Child (Docket No. 44).

For the reasons stated in the accompanying Memorandum, Defendants' Motions to Dismiss (Docket Nos. 8, 14 and 22) are GRANTED, and this action is DISMISSED without prejudice. Plaintiff's Motion to Amend/Correct (Docket No. 37) is DENIED, and Plaintiff's Motion for In Camera Interview with Minor Child (Docket No. 44) is DENIED as moot.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE